# MEMORANDUM DECISIONS.

BUEHNE STEEL WOOL CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 16, 1906). No. 191 (3924). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 772. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed in open court, on consent.

---

In re DRESSER et al. (Circuit Court of Appeals, Second Circuit. May 25, 1906.) No. 281. Petition to Review Order of the District Court of the United States for the Southern District of New York. J. A. Hodge, for petitioner. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Order (144 Fed. 318) affirmed in open court.

---

ECKSTEIN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 6, 1906.) No. 150 (3597). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 94. Comstock & Washburn (J. Stuart Tompkins, of counsel), for appellant. D. Frank Lloyd, Asst. U. S. Atty. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed; approving decision of the Circuit Court, and of the Board of General Appraisers.

---

FRANCIS H. LEGGETT & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 20, 1906.) No. 119 (3562). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 138 Fed. 970.

PER CURIAM. Dismissed on consent, without prejudice.